**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

Docket No. 25-50595

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,
*Plaintiffs – Appellees*

v.

DEPUTY DIRECTOR FREEMAN F. MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE STATE OF TEXAS DEPARTMENT OF PUBLIC SAFETY; GREGORY ABBOTT, SUED IN HIS OFFICIAL CAPACITY; WARREN K. PAXTON, SUED IN HIS OFFICIAL CAPACITY,
*Defendants – Appellants*

UNITED STATES OF AMERICA,
*Plaintiff*

v.

GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS,
*Defendant – Appellant*

LA UNION DEL PUEBLO ENTERO; SARAH DOE; MARY DOE; JOHN DOE; JAMES DOE,
*Plaintiffs – Appellees*

v.

GREGORY ABBOTT, SUED IN HIS OFFICIAL CAPACITY; WARREN K. PAXTON, SUED IN HIS OFFICIAL CAPACITY,
*Defendants – Appellants*

**On Appeal from**
United States District Court for the Western District of Texas,

**BRIEF FOR *LAS AMERICAS* PLAINTIFFS-APPELLEES**

David A. Donatti
(TX Bar No. 24097612)
Adriana C. Piñon
(TX Bar No. 24089768)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

*For Plaintiffs-Appellees*
*Las Americas Immigrant Advocacy*
*Center, American Gateways, and*
*County of El Paso*

Daniel Hatoum
(TX Bar No. 24099136)
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, TX 78516
(956) 787-8171 ext. 208
daniel@texascivilrightsproject.org

Kate Gibson Kumar
(TX Bar No. 24137588)
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 225
kate@texascivilrightsproject.org

*For Plaintiffs-Appellees*
*Las Americas Immigrant Advocacy*
*Center and American Gateways*

Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
F: (415) 395-0950
cwofsy@aclu.org

*For Plaintiffs-Appellees*
*Las Americas Immigrant Advocacy*
*Center, American Gateways, and*
*County of El Paso*

Christina Sanchez
(TX Bar No. 2406298)
El Paso County Attorney
320 S. Campbell St., Suite 200
El Paso, Texas 79901
Tel: (915) 273-3247
ch.sanchez@epcountytx.gov

Bernardo Rafael Cruz
(TX Bar No. 24109774)
Assistant County Attorney
320 S. Campbell St., Suite 200
El Paso, Texas 79901
Tel: (915) 273-3247
b.cruz@epcountytx.gov

*For Plaintiff County of El Paso*

# CERTIFICATE OF INTERESTED PERSONS

Appellees certify that the following listed persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Private Appellees**
Las Americas Immigrant Advocacy Center
American Gateways

**Counsel for Private Appellees**
Cody Wofsy
David A. Donatti
Adriana C. Piñon
Daniel Hatoum
Kate Gibson Kumar

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS

TEXAS CIVIL RIGHTS PROJECT

Appellants and Appellee County of El Paso are government officials and entities.

## STATEMENT REGARDING ORAL ARGUMENT

The *Las Americas* Appellees moved for voluntary dismissal below and therefore submit that oral argument will not assist the Court in resolving this appeal as to them.

# TABLE OF CONTENTS

TABLE OF AUTHORITIES .......... iv
SUMMARY OF ARGUMENT .......... 1
ARGUMENT .......... 1
CONCLUSION .......... 2
CERTIFICATE OF SERVICE .......... 4
CERTIFICATE OF COMPLIANCE .......... 4

## TABLE OF AUTHORITIES

### Cases

*Jackson v. Noem*,
132 F.4th 790 (5th Cir. 2025) ........................................ 1

### Rules

Fed. R. Civ. P. 41(a)(2) ........................................ 1

Fed. R. Civ. P. 41(a)(1)(A)(i) ........................................ 1

## SUMMARY OF ARGUMENT

The *Las Americas* Appellees have sought voluntary dismissal from the district court. As such, they do not oppose remand with instructions to dismiss their claims. Because there is no live controversy as to them, the Court lacks jurisdiction to reach any other issues as to the *Las Americas* plaintiffs, including sovereign immunity.

## ARGUMENT

As Appellants correctly note, "the *Las Americas* Plaintiffs voluntarily requested the district court dismiss their suit on June 3, 2026." Br. 22.[1] The district court has not yet granted that request. The *Las Americas* Appellees do not oppose a remand with instructions to voluntarily dismiss their suit.

There is thus no live dispute between Appellants and the *Las Americas* Appellees. Appellees respectfully submit that the Court therefore has no jurisdiction to do more than remand for dismissal with regard to their case. *Jackson v. Noem*, 132 F.4th 790, 793 (5th Cir. 2025) (Court is "permitted to adjudicate only live disputes"). Therefore, Appellants' alternative requests to address the propriety of the district court's earlier denial of the motion to dismiss without prejudice, or for an advisory opinion regarding "the merits of the sovereign immunity issue," are

[1] The *Las Americas* Appellees sought dismissal under Fed. R. Civ. P. 41(a)(2), rather than dismissal by notice under Fed. R. Civ. P. 41(a)(1)(A)(i), because one Defendant had already filed an Answer. Dist. Ct. ECF No. 61.

misplaced. Br. 22 n.3. Indeed, the sovereign immunity arguments Appellants make are all about the consolidated case, *La Union Del Pueblo Entero v. Abbott* ("*LUPE*"). *See* Br. 17-20. They should be addressed, if at all, only in the context of that case.[2]

**CONCLUSION**

The *Las Americas* Appellees do not oppose a remand with instructions to voluntarily dismiss their suit.

Dated: August 14, 2026

Respectfully submitted,

/S/ Cody Wofsy
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0770
F: (415) 395-0950
cwofsy@aclu.org

*For Plaintiffs-Appellees*
*Las Americas Immigrant Advocacy Center, American Gateways, and County of El Paso*

David A. Donatti
(TX Bar No. 24097612)
Adriana C. Piñon
(TX Bar No. 24089768)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-8146
Facsimile: (713) 942-8966
ddonatti@aclutx.org
apinon@aclutx.org

*For Plaintiffs-Appellees*
*Las Americas Immigrant Advocacy Center, American Gateways, and County of El Paso*

Christina Sanchez
(TX Bar No. 2406298)
El Paso County Attorney
320 S. Campbell St., Suite 200
El Paso, Texas 79901

Daniel Hatoum

[2] Appellants are incorrect that "the *Las Americas* plaintiffs sue the same Appellants." Br. 22 n.3; *see* Dist. Ct. ECF 1 (neither governor nor attorney general named).

(TX Bar No. 24099136)
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 219
Alamo, TX 78516
(956) 787-8171 ext. 208
daniel@texascivilrightsproject.org

Kate Gibson Kumar
(TX Bar No. 24137588)
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 225
kate@texascivilrightsproject.org

*For Plaintiffs-Appellees*
*Las Americas Immigrant Advocacy*
*Center and American Gateways*

Tel: (915) 273-3247
ch.sanchez@epcountytx.gov

Bernardo Rafael Cruz
(TX Bar No. 24109774)
Assistant County Attorney
320 S. Campbell St., Suite 200
El Paso, Texas 79901
Tel: (915) 273-3247
b.cruz@epcountytx.gov

*For Plaintiff County of El Paso*

## CERTIFICATE OF SERVICE

I certify that, on August 14, 2026, a true and correct copy of this document was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF document filing system, and on all counsel of record.

*/s/ Cody Wofsy*
Cody Wofsy

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitation of Rule 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Rule 32(f), it contains 312 words, and complies with the typeface and style requirements of Rule 32(a)(5) and (a)(6) because it was prepared in Microsoft Word using 14-point Times New Roman typeface.

*/s/ Cody Wofsy*
Cody Wofsy